*Exhibit A*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

SEP 15 2010

LAWRENCE K. BAERMAN, CLERK
ALBANY

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on __8/24/2010__ at __12:45__ pm by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is __Ann Smalley, Sr. Compliance Analyst, Principal Bank__ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ __1/11__ .

Date: __8/25/2010__

Server's signature

Linda Dugan, Process Server
Printed name and title

Ind. Contractor for Iowa Process Service
541 31st Street
Des Moines, IA  50312
(877)816-4696

Server's address

**Iowa Process Service**
541 31st Street, Des Moines, IA 50312
Phone: 877-816-4696  Fax: 877-818-9844
Email: info@iowaserveprocess.com

**Field Sheet & Receipt**

Assigned To: Linda Dugan

**Serve To:** Principal Bank

**Address:** 6200 Park Avenue, Des Moines, IA 50321-1270

**JOB ID:** 10-003581
**Priority:** Routine

**Spec. Instrns:** Please serve any authorized person on behalf of Principal Bank. Make sure to get name and title and physical description of person served since this is a NY case.

**Case Number:** 1:10-CV-1001
**Document(s):** Summons in a Civil Action; Original Petition

## SERVICE ATTEMPTS

**Date / Time**                                **Remarks**

1.) _____

2.) _____

3.) _____

4.) _____

**Service Type:**   Personal    Substitute    Corporate    Non-Service    Posted

**Actual Service Date:** 9-24 2010 @ 12:45 AM/**PM**   Additional Address: 1 2 3

**Person Served:** Ann Smalley   **Relationship:** Bank Analyst

**Race:** W   **Sex:** M/**F**   **Age:** 34   **Ht.:** 5   **Wt:** 6"   **Hair:** BL   **Glasses:** Y/**N**

**COMMENTS:** Short Hair / Bob Hair Cut

I acknowledge receipt of the documents listed above:

Ann Smalley

_Ann Smalley_
**Signature Of Recipient**

Sr. Compliance Analyst, Principal Bank