Enid Futterman
661 State Road 23
Craryville NY 12521

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
SEP 15 2010
LAWRENCE K. BAERMAN, CLERK
ALBANY

UNITED STATES DISTRICT COURT

NORTHERN DISCTRIC OF NEW YORK

| | |
|---|---|
| **Enid Futterman** | Case # 10-CV-1001 |
| Plaintiff, | |
| | **PETITION FOR NO ANSWER** |
| | **DEFAULT** |
| vs. | |
| **Principal Bank** | |
| Defendant | Date: 9.15.10 |

### PARTIES

<u>PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT</u>

Plaintiff asks the court clerk to enter a default against defendant, as authorized by Federal Rule of Civil Procedure 55.

<u>A. Introduction</u>

1. Plaintiff is: Enid Futterman, 661 State Road 23, Craryville NY 12521, and defendant is: Principal Bank,

2. On August 18, 2010, plaintiff sued defendant for breach of fiduciary duty, fraud, fraud by nondisclosure, and violations of various consumer protection laws.

3. On August 18, 2010, plaintiff filed with the court an ORIGINAL COMPLAINT. On August 24, 2010 defendant was served with a summons and a copy of plaintiff's complaint by and through <u>Iowa Process Service</u>. A copy of the return of service is attached as Exhibit A. Defendant did not file a responsive pleading or otherwise defend the suit.

4. Plaintiff is entitled to entry of default.

B. Argument

5. The court clerk may enter a default against a party who has not filed a responsive pleading or otherwise defended the suit. Fed. R. Civ. P. 55(a); *see United States v. $23,000 in U.S. Currency*, 356 F.3d 157, 163 (1st Cir. 2004); *N.Y. Life Ins. Co. v. Brown*, 84 F.3d 137, 141 (5th Cir. 1996); *United States v. 51 Pieces of Real Prop. Roswell, N.M.*, 17 F.3d 1306, 1314 (10th Cir. 1994).

6. The clerk should enter a default against defendant because defendant did not file an answer within 20 days after August 24, 2010, the date of service. Fed. R. Civ. P. 12(a)(1)(A)(i).

7. Plaintiff meets the procedural requirements for obtaining an entry of default from the clerk as demonstrated by Linda Dugan's sworn affidavit, attached as Exhibit A. Said affidavit establishes by sworn testimony of Plaintiff that Defendant failed to answer or otherwise defend the instant action within the 20 day time period allowed by law.

8. Defendant is not a minor or an incompetent person. *See* Fed. R. Civ. P. 55(b)(1).

9. Defendant is not in military service. *See* 50 U.S.C. app. §521(b)(2). An affidavit of defendant's military status is attached as Exhibit A.

10. Because defendant did not file a responsive pleading or otherwise defend the suit, defendant is not entitled to notice of entry of default. *Haw. Carpenters' Trust Funds v. Stone*, 794 F.2d 508, 512 (9th Cir. 1986); *see* Fed. R. Civ. P. 55(a).

C. Conclusion

11. Plaintiff filed a suit against defendant in the court on the 18th day of August, 2010. Defendant failed to timely answer or otherwise defend said action and, thereby, Plaintiff is entitled to judgment against defendant is all things requested by Plaintiff in the suit. For these reasons, plaintiff asks the clerk to enter a default in favor of plaintiff.

**Respectfully Submitted,**

*[signature]*

**Enid Futterman**

## VERIFICATION

I, Enid Futterman, do swear and affirm that all statements made herein are true and accurate, in all respects, to the best of my knowledge.

Enid Futterman
661 State Road 23
Craryville NY 12521

*[signature]*

SWORN TO AND SUBSCRIBED BEFORE ME, *Patricia Cutler*, by Enid Futterman on the *14* day of *September*, 2010, which witnesses my hand and seal of office.

*[signature]*
_____
**NOTARY PUBLIC IN AND FOR**
**THE STATE OF NEW YORK**

PATRICIA CUTLER
Notary Public, State of New York
Qualified in Columbia County
No. 04CU6117635
My Commission Expires Nov 1, 20 *12*

PETITION FOR NO ANSWER DEFAULT                                              3 of 7

Exhibit A

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on  8/24/2010  at  12:45 pm by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is  Ann Smalley, Sr. Compliance Analyst, Principal Bank  ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $  1/11  .

Date:  8/25/2010

Server's signature

Linda Dugan, Process Server
Printed name and title

Ind. Contractor for Iowa Process Service
541 31st Street
Des Moines, IA  50312
(877)816-4696

Server's address

## Iowa Process Service
541 31st Street, Des Moines, IA 50312
Phone: 877-816-4696  Fax: 877-818-9844
Email: info@iowaserveprocess.com
**Field Sheet & Receipt**

Assigned To: Linda Dugan

**Serve To:** Principal Bank

**Address:** 6200 Park Avenue, Des Moines, IA 50321-1270

**JOB ID:** 10-003581
**Priority:** Routine

**Spec. Instrns:** Please serve any authorized person on behalf of Principal Bank. Make sure to get name and title and physical description of person served since this is a NY case.

**Case Number:** 1:10-CV-1001
**Document(s):** Summons in a Civil Action; Original Petition

## SERVICE ATTEMPTS

Date / Time                                Remarks

1.) _____
2.) _____
3.) _____
4.) _____

**Service Type:**   Personal    Substitute    Corporate    Non-Service    Posted

**Actual Service Date:** 8-24 2010 @ 12:45 AM (PM)   Additional Address: 1 2 3

**Person Served:** Ann Smalley   **Relationship:** Bank Analyst

**Race:** W   **Sex:** M (F)   **Age:** 34   **Ht.:** 5   **Wt:** 6"   **Hair:** BL   **Glasses:** Y (N)

**COMMENTS:** Short Hair / Bob Hair Cut

I acknowledge receipt of the documents listed above:
Ann Smalley

_Ann Smalley_
**Signature Of Recipient**

Sr. Compliance Analyst, Principal Bank

CERTIFICATE OF SERVICE

I, Enid Futterman , do swear and affirm that I have served a signed copy of this Petition for No Answer Default, and Order for No Answer Default to any and all defendants by way of U.S.P.S. Certified mail # 7007 1490 0004 9333 and return receipt.

2433

*Enid Futterman*

Enid Futterman
661 State Road 23
Craryville NY 12521

The Person above, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and acknowledged to me that he/she executed the same in his authorized capacity and that by his signature on this instrument who is the person who executed this instrument.

I certify under PENALTY OF PERJURY under the laws of this State that the foregoing paragraph is true and correct.

Witness my hand and official seal.

**NOTARY PUBLIC IN AND FOR**
**THE STATE OF NEW YORK**

Notary Seal
PATRICIA CUTLER
Notary Public, State of New York
Qualified in Columbia County
No. 04CU6117635
My Commission Expires Nov 1, 20 12

PETITION FOR NO ANSWER DEFAULT                         5 of 7

1  Enid Futterman
2  661 State Road 23
3  Craryville NY 12521
4
5              UNITED STATES DISTRICT COURT
6              NORTHERN DISTRICT OF NEW YORK

| Enid Futterman | Case # 10-CV-1001 |
|---|---|
| Plaintiff, | |
| vs. | **ORDER ON NO** |
| **Principal Bank** | **ANSWER DEFAULT** |
| Defendant | Date: |

7

8                    ORDER ON ENTRY OF DEFAULT

9   After considering plaintiff's request for entry of default against defendant, proof of service,
10  the affidavits, and other evidence on file, the clerk

11   _____ DENIES the request.

12   _____ FINDS that the record supports entry of default and ORDERS the clerk to enter
13  default.

14  SIGNED on _____, 2010__.

15                                          _____
16                                          CLERK, U.S. DISTRICT COURT

17  APPROVED & ENTRY REQUESTED:
18  _____
19  {Name of attorney submitting order}

20
21
PETITION FOR NO ANSWER DEFAULT                                    4 of 7