# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

**CLERK'S CERTIFICATE OF ACTION TAKEN ON
PLAINTIFF(S) REQUEST FOR ENTRY OF DEFAULT**

Enid Futterman

vs.                                    CASE NUMBER: **1:10-cv-1001**

Principal Bank

I, LAWRENCE K BAERMAN, CLERK, by Maria A. Blunt, Deputy Clerk, certify that I have reviewed the Court's docket and have determined that proof of proper service for the party against whom judgment is being sought has been filed and that this party has not appeared in the action. Accordingly, entry of default is hereby noted and entered on this 15th day of September, 2010 against Principal Bank.

Dated:   September 15, 2010

*Lawrence K Baerman*
Clerk of Court

By: s/ Maria A. Blunt

Deputy Clerk