MCELROY, DEUTSCH, MULVANEY, & CARPENTER, LLP
1300 Mt. Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
(973) 993-8100
*Attorneys for Defendant, Principal Bank*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENID FUTTERMAN, | : |
| Plaintiff, | : C.A. NO. 1:10-CV-1001 (GLS) (DRH) |
| vs. | : |
| PRINCIPAL BANK, | : |
| Defendant. | : |

CIVIL ACTION – RULE 7.1 STATEMENT

Principal Bank, an Iowa stock insurance company, is wholly owned by a sole shareholder, Principal Financial Services, Inc., an Iowa corporation, which in turn is wholly owned by a sole shareholder, Principal Financial Group, Inc., a Delaware corporation, the common stock of which is publicly-traded on the New York Stock Exchange.

**McElroy, Deutsch, Mulvaney & Carpenter, LLP**

By: /s/ Brian Keatts
_____

Dated: September 16, 2010
1489500_1