1   Motion to strike defendants answer as untimely.

2   1.   Plaintiff is: Enid Futterman, 661 Route 23, Craryville NY 12521, and defendant is:
3   Principal Bank

4   2.   On August 18, 2010 plaintiff sued defendant for breach of fiduciary duty, fraud, fraud
5   by nondisclosure, and violations of various consumer protection laws.

6   3.   On August 18, 2010 plaintiff filed with the court an ORIGINAL COMPLAINT. On
7   August 24, 2010 defendant was served with a summons and a copy of plaintiff's complaint by
8   and through Iowa Process Service. A copy of the return of service is attached as Exhibit A.
9   Defendant did not file a responsive pleading or otherwise defend the suit.

10   4.   Plaintiff, 9/15/2010 entered into the court a Petition For No Answer Default, with Proof
11   of Service Attached.

12   5. On 9/16/2010 Defendant filed a response to the suit, which, according to the rules of
13   Federal Proceedure are untimely.

14                           B.  Argument

15   5.   The court clerk may enter a default against a party who has not filed a responsive
16   pleading or otherwise defended the suit. Fed. R. Civ. P. 55(a); *see United States v. $23,000 in*
17   *U.S. Currency*, 356 F.3d 157, 163 (1st Cir. 2004); *N.Y. Life Ins. Co. v. Brown*, 84 F.3d 137, 141
18   (5th Cir. 1996); *United States v. 51 Pieces of Real Prop. Roswell, N.M.*, 17 F.3d 1306, 1314
19   (10th Cir. 1994). In this instant case, the clerk , nor any officer of the court has ruled upon the
20   no answer deafault.

21   6.   The clerk should enter a default against defendant because defendant did not file an
22   answer within 21 days after August 24, 2010 the date of service. Fed. R. Civ. P. 12(a)(1)(A)(i).

23   7.   Plaintiff met the procedural requirements for obtaining an entry of default from the
24   clerk as demonstrated by Linda Dugan's sworn affidavit, attached as Exhibit A in Plaintiffs
25   Petition For No Answer Default. Said affidavit establishes by sworn testimony of Plaintiff that
26   Defendant failed to answer or otherwise defend the instant action within the 20 day time period
27   allowed by law.

28   8.   Defendant is not a minor or an incompetent person. *See* Fed. R. Civ. P. 55(b)(1).

9. Defendant is not in military service. *See* 50 U.S.C. app. §521(b)(2). An affidavit of defendant's military status is attached as Exhibit A.

10. Because defendant did not file a responsive pleading or otherwise defend the suit, defendant is not entitled to notice of entry of default. *Haw. Carpenters' Trust Funds v. Stone*, 794 F.2d 508, 512 (9th Cir. 1986); *see* Fed. R. Civ. P. 55(a).

11. Defendant uses the term excusable neglect for reason why the default should be overturned. Defendant made no attempts to contact the Plaintiff in a timely fashion after they discovered their fault. Now, instead of asking the Plaintiff for an opportunity to extend the time to answer, they are now, after the necessary days to respond, begging the court for an extension, for improperly understanding court rules of civil procedure. It is obvious that this firm lacks the systems necessary to prevent errors. Plaintiff objects to any extension granted.

## C. Conclusion

12. Plaintiff filed a suit against defendant in the court on the 18th day of August, 2010. Defendant failed to <u>timely</u> answer or otherwise defend said action and, thereby, Plaintiff is entitled to judgment against defendant is all things requested by Plaintiff in the suit. For these reasons, plaintiff asks the clerk to enter a default in favor of plaintiff.

**Respectfully Submitted,**

*/s/*

**Enid Futterman**

Case 1:10-cv-01001-GLS-DRH   Document 4   Filed 09/15/10   Page 1 of 2

Exhibit A

AO 440 (Rev. 04/08) Civil Summons (Page 2)

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

SEP 15 2010

LAWRENCE K. BAERMAN, CLERK
ALBANY

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on __8/24/2010__ at __12:45__ pm by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is __Ann Smalley, Sr. Compliance Analyst, Principal Bank__ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other *(specify)* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ __1/11__ .

Date: __8/25/2010__

Server's signature

Linda Dugan, Process Server
Printed name and title

Ind. Contractor for Iowa Process Service
541 31st Street
Des Moines, IA  50312
(877)816-4696

Server's address

Case 1:10-cv-01001-GLS-DRH   Document 4   Filed 09/15/10   Page 2 of 2

## Iowa Process Service
541 31st Street, Des Moines, IA 50312
Phone: 877-816-4696  Fax: 877-818-9844
Email: info@iowaserveprocess.com

### Field Sheet & Receipt

Assigned To: Linda Dugan

**Serve To:** Principal Bank

**Address:** 6200 Park Avenue, Des Moines, IA 50321-1270

**JOB ID:** 10-003581
**Priority:** Routine

**Spec. Instrns:** Please serve any authorized person on behalf of Principal Bank. Make sure to get name and title and physical description of person served since this is a NY case.

**Case Number:** 1:10-CV-1001
**Document(s):** Summons in a Civil Action; Original Petition

### SERVICE ATTEMPTS

**Date / Time**       **Remarks**

1.) _____
2.) _____
3.) _____
4.) _____

**Service Type:** Personal   Substitute   Corporate   Non-Service   Posted

**Actual Service Date:** 9-24 2010 @ 12:45 AM/(PM)   Additional Address: 1 2 3

**Person Served:** Ann Smalley   **Relationship:** Bank Analyst

**Race:** W   **Sex:** M/(F)   **Age:** 34   **Ht.:** 5   **Wt.:** 6"   **Hair:** BL   **Glasses:** Y/(N)

**COMMENTS:** SHORT HAIR / BOB HAIR CUT

I acknowledge receipt of the documents listed above:
Ann Smalley

_Ann Smalley_
**Signature Of Recipient**

Sr. Compliance Analyst, Principal Bank

## CERTIFICATE OF SERVICE

I, Enid Futterman, do swear and affirm that I have served a signed copy of this Motion To Strike Defendants Answer As Untimely, to any and all defendants by way of U.S.P.S. Certified mail # and return receipt 7007 1490 0004 9333 2440, Regular Mail, and via Facsimile to #973 425 0161.

*[signature]*

<u>Enid Futterman</u>
<u>661 Route 23</u>
<u>Craryville NY 12521</u>

The Person above, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and acknowledged to me that he/she executed the same in his authorized capacity and that by his signature on this instrument who is the person who executed this instrument.

I certify under PENALTY OF PERJURY under the laws of the State of New York that the foregoing paragraph is true and correct.

Witness my hand and official seal.

Angela L. Traver
Notary Public, State of New York
Qualified in Columbia County
No. 01TR6093508
Commission Expires on 6/2/11

*[signature: Angela J. Traver]*

**NOTARY PUBLIC IN AND FOR**     Notary Seal
**THE STATE OF NEW YORK**

### INDIVIDUAL ACKNOWLEDGMENT

STATE OF NEW YORK )
                  ) SS.:
COUNTY OF Columbia

On this 2nd day of October in the year 2010, before me personally came Enid Futterman to me known to be the person described in and who executed the foregoing instrument, and acknowledged to me that (s)he executed the same.

*[signature: Angela J. Traver]*
NOTARY PUBLIC

MOTION TO STRIKE DEFENDANTS ANSWER AS UNTIMELY     3 of 3