MCELROY, DEUTSCH, MULVANEY, & CARPENTER, LLP
1300 Mt. Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
(973) 993-8100
*Attorneys for Defendant, Principal Bank*

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
OCT 08 2010
LAWRENCE K. BAERMAN, CLERK
ALBANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENID FUTTERMAN, | : |
| Plaintiff, | : C.A. NO. 1:10-CV-1001 (GLS) (DRH) |
| vs. | : |
| PRINCIPAL BANK, | : |
| Defendant. | : |

## CIVIL ACTION – ORDER FOR ADMISSION *PRO HAC VICE*

This matter having brought before the Court by Brian Keatts, Esq., of McElroy, Deutsch, Mulvaney & Carpenter, LLP, as counsel for defendant, Principal Bank, on application for an Order allowing William A. Cambria, Esq. to appear and participate *pro hac vice*, the Court having considered the moving papers and for good cause shown;

IT IS on this 7th day of October 2010;

**ORDERED** that the motion is granted, and William A. Cambria, Esq. is admitted to practice *pro hac vice* before this Court for all purposes and all proceedings connected with this litigation; and it is further

**ORDERED** that all pleadings, briefs and other papers filed with this court shall be filed

by McElroy, Deutsch, Mulvaney & Carpenter, LLP, counsel of record for Principal Bank, who shall be held responsible for said papers and for the conduct of the case and will be held responsible for the attorneys admitted hereto; and it is further

**ORDERED** that William A. Cambria, Esq., shall notify the Court immediately of any matter affecting his standing at the bars of any Court; and it is further

**ORDERED** that a copy of this Order shall be served by attorneys for Principal Bank upon plaintiff within seven days of their receipt thereof.

_____
HONORABLE GARY L. SHARPE, U.S.D.J.

1490725_1